IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSEPH L. STAUCH III,           )<br>                                 )<br>    Plaintiff,                  )<br>                                 )<br>    v.                           )<br>                                 )<br>ESCAMBIA COUNTY SHERIFF,    )<br>                                 )<br>    Defendant.                   ) | CIVIL ACTION NO.<br>2:25cv547-MHT<br>(WO) |

OPINION AND ORDER

Pro se plaintiff Joseph L. Stauch filed this 42 U.S.C § 1983 action against the Escambia County Sheriff asserting that officers searched his property without a valid search warrant.  This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1406(a).  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be

adopted.

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. 10) is adopted.

(2) This case is transferred to the United States District Court for the Southern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 12th day of November, 2025.

                /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE